1
2
3
4                                                          *E-Filed 7/20/10*
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO DIVISION
11

12   HOWARD ALLEN YOUNG,                    No. C 09-1462 RS (PR)

13              Petitioner,                 **DENYING PETITIONER'S
                                            OBJECTIONS;**
14       v.
                                            **DENYING MOTIONS FOR THE
15   DERRAL ADAMS, Warden,                  APPOINTMENT OF COUNSEL,
                                            EVIDENTIARY HEARING, AND
16              Respondent.                 RECONSIDERATION**
17   _____/
18
19                               **INTRODUCTION**
20        This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28
21   U.S.C. § 2254.
22        Petitioner objects to the Court's third order to show cause (Docket No. 46).  As to his
23   first objection, petitioner's claim that he was denied equal protection of the laws when not
24   released after the completion of a work program is DISMISSED because it is not cognizable
25   on federal habeas review.  As to his second objection, petitioner's claim that the use of his
26   financial records to identify him survives in claim seven in which it is alleged that the
27   identification of petitioner was constitutionally faulty.
28

United States District Court
For the Northern District of California

1    Petitioner's motion for reconsideration is DENIED.  Petitioner's renewed motion for

2    the appointment of counsel is DENIED on the grounds stated in the Court's June 22, 2010

3    order.  Petitioner's motion for an evidentiary hearing is DENIED as premature.

4    This order terminates Docket No. 46.

5    **IT IS SO ORDERED**.

6    DATED:  July 20, 2010

7    _____
     RICHARD SEEBORG
     United States District Judge

No. C 09-1462 RS (PR)
ORDER